Horace McCaughan, Administrator of Estate of Pete McCaughan, Deceased, Appellee, v. Stanley Boswell, Appellant.

opinion filed March 2, 1942; rehearing denied April 1, 1942. R. Wallace Karraker and Gordon Franklin, for appellant; Grover E. Holmes and Ford L. Rendleman, for appellee. Opinion by JUSTICE CULBERTSON. ''Not to be published in full.''